**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Michelle G., Kenneth G., and Robert L., Defendants,

Of whom Michelle G. is the Appellant.

In the interest of three minor children under the age of 18 years.

Appellate Case No. 2013-000880

Appeal From Anderson County
Timothy H. Pogue, Family Court Judge

Unpublished Opinion No. 2013-UP-440
Submitted November 13, 2013 – Filed November 21, 2013

**AFFIRMED**

Carla Jane Patat, of Patat Law Firm, LLC, of Greer, for Appellant.

Kathleen J. Hodges, of the South Carolina Department of Social Services, of Anderson, for Respondent.

Brittany Dreher Tye, of Senerius & Tye, Attorneys at Law, of Anderson, for Guardian ad Litem.

---

**PER CURIAM:** Michelle G. appeals from the family court's removal order. *See* S.C. Code 63-7-1660(E) (2010). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**FEW, C.J., and PIEPER and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.